An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD M. TURNER; AND DIANA M. TURNER,

        Appellants,

vs.

BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2005-51, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-51,

        Respondent.

No. 67935

**FILED**

JUL 17 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On May 15, 2015, this court gave appellants 15 days to file a civil proper person transcript request form and 40 days to file and serve the civil proper person appeal statement. Appellants' transcript request form was due to be filed in this court by June 1, 2015, and the civil proper person appeal statement was due by June 24, 2015. To date, appellants have failed to file the transcript request form, the civil proper person appeal statement, or otherwise respond to this court's directives. Accordingly, we conclude that appellants have abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Kathleen E. Delaney, District Judge
Diana M. Turner
Ronald M. Turner
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk